FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 5, 2015

Shalyn Hamlin
County/District Attorney
Castro County
100 East Bedford, Room 213
Dimmitt, TX 79027
* DELIVERED VIA E-MAIL *

Tina Denise Davis-Rincones
Attorney at Law
109 E. 6th Street
Plainview, TX 79072
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-14-00230-CR
Trial Court Case Number: B3515-1312

**Style:** Daniel Ivan Rodriguez v. The State of Texas

Dear Counsel:

The captioned appeal has been reinstated on the Court's docket as of Monday, January 05, 2015 and the following is filed:

Supplemental Clerk's Record (1 volume)

Appellant's brief is due on or before Wednesday, January 28, 2015.  State's brief will be due thirty (30) days from the date appellant's brief is filed.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Edward Lee Self (DELIVERED VIA E-MAIL)
Cindy Wiley (DELIVERED VIA E-MAIL)
Holly Craven (DELIVERED VIA E-MAIL)
Joanna Blanco (DELIVERED VIA E-MAIL)